

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00290-CR

**EX PARTE** Guadalupe **CONTRERAS**

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR4792
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's order denying relief on Guadalupe Contreras's application for writ of habeas corpus is AFFIRMED.

SIGNED February 26, 2025.

_____
Adrian A. Spears II, Justice